UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTEN PEARCE, an individual,

    Plaintiff,

v.                                               CASE NO.:

DOLGENCORP, LLC a Foreign
Limited Liability Company d/b/a
DOLLAR GENERAL and DOLLAR
GENERAL STORES,

    Defendants.
_____/

## NOTICE OF REMOVAL

**PURSUANT TO 28 U.S.C. § 1446,** Defendant, DOLGENCORP, LLC d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES (hereinafter DOLGENCORP, LLC), by and through its undersigned counsel, hereby removes this action from the Circuit Court of the Third Judicial Circuit, in and for Columbia County, Florida, to the United States District Court for the Middle District of Florida, and states:

    1.    On March 14, 2021, Plaintiff, CHRISTEN PEARCE, filed a Complaint in the Circuit Court of the Third Judicial Circuit, in and for Columbia County, Florida, Case No. 122022CA000083CAAXMX.

2. The Complaint named DOLGENCORP, LLC (d/b/a Dollar General and Dollar General Stores) as the Defendant.

3. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446, as **Exhibit A**.

4. Plaintiff, CHRISTEN PEARCE, is and was at all times relevant hereto, including at the time of the commencement of Civil Action No. 122022CA000083CAAXMX, and this filing, a citizen of the State of Florida.

5. Defendant DOLGENCORP, LLC is and was at all times relevant hereto, including at the time of the filing of this Notice of Removal and the commencement of Civil Action No. 122022CA000083CAAXMX, a Limited Liability Company registered in the Commonwealth of Kentucky with its principal place of business in Goodlettsville, Tennessee, and whose managing member is incorporated in the State of Tennessee with its principal place of business in Goodlettsville, Tennessee. *See* Articles of Organization of DOLGENCORP, LLC, filed with the Commonwealth of Kentucky on October 9, 2008, attached hereto as **Exhibit B.**

6. At all times relevant hereto, the members of DOLGENCORP, LLC, consisted of Dollar General Corporation, a Tennessee Corporation; Steven Deckard, a citizen of Tennessee; John Garratt, a citizen of Tennessee; Barbara Springer, a citizen of Tennessee; Bethany Malakelis, a citizen of Tennessee; Emily Taylor, a

citizen of Tennessee; and Jason Reiser, a citizen of Tennessee. *See* 2020 and 2021 Annual Reports of DOLGENCORP, LLC, attached hereto as **Exhibit C.**

7. For purposes of diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Flintlock Const. Servs., LLC v. Well Come Holdings, LLC,* 710 F.3d 1221, 1224 (11th Cir. 2013) (citing *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004).

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 (a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). Diversity of citizenship exists.

9. Plaintiff has alleged in her Complaint an action for damages in excess of $30,000.00. Plaintiff has made multiple pre-suit demands for well over $75,000.00, exclusive of interest and costs. Based upon the foregoing, the amount in controversy exceeds the jurisdictional threshold of $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is timely filed as required by and pursuant to 28 U.S.C. § 1446(b).

11. A copy of this Notice of Removal will simultaneously be filed with the Clerk of Courts for the Third Judicial Circuit, in and for Columbia County, Florida, and served upon other counsel of record pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant DOLGENCORP, LLC, gives notice of the removal of this action from the Third Judicial Circuit, in and for Columbia County, Florida, to the United States District Court for the Middle District of Florida.

Dated: April 14, 2022.

            Respectfully submitted,

            **ST. DENIS & DAVEY, P.A.**

            _____
            **KACIE K. HUTCHINSON, ESQUIRE**
            Florida Bar Number 016121
            kacie@sdtriallaw.com
            1300 Riverplace Boulevard, Suite 401
            Jacksonville, FL  32207
            (904)396-1996 – Telephone
            (904)396-1991 – Facsimile
            *Attorneys for Dolgencorp, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via electronic mail to **Christopher R. Chenevey, Esquire, Kyle J. Bagen, Esquire, Christopher M. Speziok, Esquire,** and **Neal J. Gambler, II, Esquire**, *Steven A. Bagen & Associates, P.A.*, P.O. Box 5757, Gainesville, FL 32627 (chris@bagenlaw.com, wendy@bagenlaw.com, and litigationfiling@bagenlaw.com)*,* on this 14th day of April, 2022.

            _____
            Attorney