IN THE CIRCUIT COURT OF THE
THIRD JUDICIAL CIRCUIT IN AND
FOR COLUMBIA COUNTY, FLORIDA

CHRISTEN PEARCE, an individual,

CASE NO.: 22-83-CA

Plaintiff,

vs.

DOLGENCORP, LLC a Foreign Limited
Liability Company
d/b/a DOLLAR GENERAL and
DOLLAR GENERAL STORES

Defendants,

_____/

## COMPLAINT

Plaintiff, CHRISTEN PEARCE, by and through her undersigned counsel hereby sues Defendants, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES and alleges:

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorneys' fees.

2. At all times material hereto, Plaintiff, CHRISTEN PEARCE, was and remains a resident of Lake Butler, Union County, Florida.

3. At all times material hereto, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES was a Foreign Limited Liability Company operating, conducting, engaging in, or carrying on a business or business venture in the State of Florida.

4. At all times material hereto, Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, operated, possessed, managed, and/or controlled the

premises, including the inside of the subject Dollar General Store #10661, located at 2172 SE Baya Drive, Lake City, Florida, 32025.

5. On or about May 2nd, 2019, Plaintiff, CHRISTEN PEARCE, visited the Dollar General Store #10661, located at 2172 SE Baya Drive, Lake City, Florida, 32025.

6. On or about May 2nd, 2019, Plaintiff, CHRISTEN PEARCE, slipped and fell on a liquid substance on the floor in one of the aisles at the Dollar General Store #10661, located at 2172 SE Baya Drive, Lake City, Florida, 32025.

7. At said time and place, Plaintiff, CHRISTEN PEARCE, was a customer at Defendants' business, lawfully on the premises of Defendants, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, who owed Plaintiff a duty to exercise reasonable care for her safety.

8. Venue is proper in Columbia County, Florida as the injuries sustained occurred at the Dollar General Store #10661, located at 2172 SE Baya Drive, Lake City, Florida, 32025.

## COUNT I – PREMISES LIABILITY (DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES)

Plaintiff, CHRISTEN PEARCE, repeats and re-alleges Paragraphs 1 through 8 as if fully set forth herein.

9. On or about May 2nd, 2019, Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES operated, possessed, managed, and/or controlled the premises, including the subject Dollar General Store #10661 located at 2172 SE Baya Drive, Lake City, Florida, 32025.

10. At all times material hereto, Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, owed a duty of reasonable care to its invitees in

maintaining, operating, securing, and managing said premises located at the address referenced above.

11. Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, was negligent and breached its duty of care to Plaintiff, CHRISTEN PEARCE, as a result of one or more of the following acts and/or omissions:

   a. Negligently failing to maintain or adequately maintain the premises, including its aisles, thus creating a hazardous condition to members of public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b. Negligently failing to inspect or adequately inspect the premises, as specified above, to ascertain whether a liquid substance that had spilled on the floor constituted a hazard to guests utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c. Negligently failing to warn or adequately warn the Plaintiff of the danger on the premises when Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, employees knew or through the exercise of reasonable care should have known that said premises was unreasonably dangerous and that Plaintiff was unaware of same; and

   d. Negligently failing to correct/clean up or place a sign warning of the slippery substance in the aisle of Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES' premises when said condition was either known to Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES employee or had existed for sufficient length of time

such that Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES employees should have known of same had Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, exercised reasonable care.

12. As a direct and proximate result of the aforesaid negligence of Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, Plaintiff, CHRISTEN PEARCE, suffered serious bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. These injuries are permanent and continuing within a reasonable degree of medical probability and Plaintiff, CHRISTEN PEARCE, will suffer said losses in the future.

WHEREFORE, Plaintiff, CHRISTEN PEARCE, hereby sues Defendant, DOLGENCORP, LLC, d/b/a DOLLAR GENERAL and DOLLAR GENERAL STORES, and demands a trial by jury of all issues so triable.

DATED this 14th day of March, 2022

STEVEN A. BAGEN & ASSOCIATES, P.A

CHRISTOPHER R. CHENEVEY, ESQ. FBN 90536
KYLE J. BAGEN, ESQ. FBN 112827
CHRISTOPHER M. SPEZIOK, ESQ. FBN 1003695
NEAL J. GAMBLER, II, ESQ. FBN 0592560
P. O. Box 5757
Gainesville, FL 32627
Email address: litigationfiling@bagenlaw.com
Alternate Email address: Chris@bagenlaw.com
Tel. #(352) 377-9000
Attorney for Plaintiff(s)